UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFF LATTA, RENE AGUIRRE, DAVID ALLEGRI, RICK CAPALBY, ARMAND CROFT, ERIC DOVE, BRYAN GERMONE, SIMON ILLG, BART WILLIAMS and J.D. WRIGHT, individuals,<br><br>Plaintiffs,<br>v.<br><br>SKIP BARBER RACING SCHOOL, LLC, a corporation; and MICHAEL CULVER, an individual,<br><br>Defendants. | Case No. 5:16-cv-03986<br><br>**DEFAULT JUDGMENT BY CLERK**<br><br>Complaint Filed: July 14, 2016 |

Defendants SKIP BARBER RACING SCHOOL, LLC and MICHAEL CULVER ("Defendants"), having been regularly served with process other than by publication, having failed to appear and answer Plaintiffs' complaint within the time allowed by law, the default of said Defendants having been duly entered, and on application of Plaintiffs for a Default Judgment by Clerk:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs JEFF LATTA, RENE AGUIRRE, DAVID ALLEGRI, RICK CAPALBY, ARMAND CROFT, ERIC DOVE, BRYAN GERMONE, SIMON ILLG, BART WILLIAMS and J.D. WRIGHT shall recover from Defendants, as follows:

From Defendants Skip Barber Racing School, LLC and Michael Culver, jointly and severally:

Damages: $95,274.56.

From Defendant Skip Barber Racing School, LLC, the additional amounts of:

Damages: $72,715.00

Interest: $7,271.50

Dated: 3-17-2017   BY: /s/ Patricia Cromwell
CLERK, UNITED STATES DISTRICT COURT
Patricia Cromwell

DEFAULT JUDGMENT BY CLERK
CASE NO. 5:16-CV-03986